PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-SEP-2004    FOR: 2000Z00549/001    PAGE: 1 OF 2

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE    PRIORITY CODE:
CURRENT LIABILITY BALANCE: $3,801.19

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | WA | 05-APR-2004 | GR/G | BTD | MN /04/131 | 28090638 | $37.29 | 05-APR-2004 | $4,948.14 |
| 0012 | PMNT | WA | 12-APR-2004 | GR/G | BTD MANUFACTURING | MN /04/136 | 28220762 | $50.23 | 12-APR-2004 | $4,899.96 |
| 0013 | PMNT | WA | 19-APR-2004 | GR/G | BTD | MN /04/141 | 28337881 | $50.24 | 19-APR-2004 | $4,851.75 |
| 0014 | PMNT | WA | 26-APR-2004 | GR/G | BTD | MN /04/146 | 28468402 | $50.23 | 26-APR-2004 | $4,803.53 |
| 0015 | PMNT | WA | 03-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/151 | 28586097 | $58.90 | 03-MAY-2004 | $4,746.62 |
| 0016 | PMNT | WA | 10-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/156 | 28718034 | $58.43 | 10-MAY-2004 | $4,690.16 |
| 0017 | PMNT | WA | 17-MAY-2004 | GR/G | BTD Manufacturing | MN /04/161 | 28839252 | $68.41 | 17-MAY-2004 | $4,623.70 |
| 0018 | PMNT | WA | 24-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/166 | 28973105 | $62.65 | 24-MAY-2004 | $4,562.97 |
| 0019 | PMNT | WA | 01-JUN-2004 | GR/G | BTD Manufacturing | MN /04/170 | 29090917 | $50.24 | 01-JUN-2004 | $4,514.89 |
| 0020 | PMNT | WA | 07-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/174 | 29226085 | $50.23 | 07-JUN-2004 | $4,466.27 |
| 0021 | PMNT | WA | 14-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/178 | 29342654 | $50.78 | 14-JUN-2004 | $4,417.34 |
| 0022 | PMNT | WA | 21-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/183 | 29469539 | $50.65 | 21-JUN-2004 | $4,368.52 |
| 0023 | PMNT | WA | 28-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/188 | 29593629 | $50.24 | 28-JUN-2004 | $4,320.09 |
| 0024 | PMNT | WA | 06-JUL-2004 | GR/G | BTD Manufacturing | MN /04/193 | 29720861 | $51.88 | 06-JUL-2004 | $4,270.26 |
| 0025 | PMNT | WA | 12-JUL-2004 | GR/G | BTD Manufacturing | MN /04/198 | 29848802 | $50.24 | 12-JUL-2004 | $4,221.54 |
| 0026 | PMNT | WA | 19-JUL-2004 | GR/G | BTD Manufacturing | MN /04/205 | 29972301 | $50.23 | 19-JUL-2004 | $4,173.06 |
| 0027 | PMNT | WA | 26-JUL-2004 | GR/G | BTD Manufacturing | MN /04/210 | 30098093 | $63.04 | 26-JUL-2004 | $4,111.75 |
| 0028 | PMNT | WA | 02-AUG-2004 | GR/G | BTD Manufacturing | MN /04/215 | 30219932 | $60.05 | 02-AUG-2004 | $4,053.41 |
| 0029 | PMNT | WA | 09-AUG-2004 | GR/G | BTD Manufacturing | MN /04/220 | 30348139 | $50.23 | 09-AUG-2004 | $4,004.86 |
| 0030 | PMNT | WA | 16-AUG-2004 | GR/G | BTD Manufacturing | MN /04/225 | 30473220 | $44.76 | 16-AUG-2004 | $3,961.76 |
| 0034 | PMNT | WA | 23-AUG-2004 | GR/G | Westphal | MN /04/230 | 30604905 | $65.72 | 23-AUG-2004 | $3,898.21 |
| 0035 | PMNT | WA | 30-AUG-2004 | GR/G | BTD MANUFACTURING | MN /04/235 | 30728733 | $50.24 | 30-AUG-2004 | $3,849.59 |
| 0036 | PMNT | WA | 07-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/240 | 30856669 | $50.23 | 07-SEP-2004 | $3,801.19 |

Total Payments for Debtor: $1,225.14

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-SEP-2004 FOR: 2000Z00549/002 PAGE: 1 OF 3

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 02-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24401819 | $33.01 | 15-SEP-2003 | $1,503.34 |
| 0005 | PMNT | T | 08-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24524420 | $50.03 | 15-SEP-2003 | $1,453.31 |
| 0006 | PMNT | T | 15-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24635569 | $50.30 | 15-SEP-2003 | $1,403.01 |
| 0007 | PMNT | T | 22-SEP-2003 | GR/G | BTD Manufacturing | MN /3/241 | 24755950 | $50.03 | 22-SEP-2003 | $1,352.98 |
| 0008 | PMNT | T | 29-SEP-2003 | GR/G | BTD Manufacturing | MN /3/246 | 24872817 | $48.39 | 29-SEP-2003 | $1,304.59 |
| 0009 | PMNT | T | 06-OCT-2003 | GR/G | btd manufacturing | MN /04/004 | 24994032 | $50.03 | 06-OCT-2003 | $1,254.56 |
| 0010 | PMNT | T | 14-OCT-2003 | GR/G | BTD Manufacturing | MN /04/009 | 25115994 | $50.03 | 14-OCT-2003 | $1,204.53 |
| 0011 | PMNT | T | 20-OCT-2003 | GR/G | BTD Manufacturing | MN /04/013 | 25235049 | $50.03 | 20-OCT-2003 | $1,154.50 |
| 0012 | PMNT | T | 27-OCT-2003 | GR/G | BTD Manufacturing | MN /04/018 | 25358609 | $50.30 | 27-OCT-2003 | $1,104.20 |
| 0015 | PMNT | T | 03-NOV-2003 | GR/G | BTD Manufacturing | MN /04/023 | 25471891 | $48.95 | 03-NOV-2003 | $1,055.25 |
| 0016 | PMNT | T | 10-NOV-2003 | GR/G | BTD MANUFACTURING | MN /04/028 | 25594911 | $50.03 | 10-NOV-2003 | $1,005.22 |
| 0017 | PMNT | T | 17-NOV-2003 | GR/G | BTD Manufacturing | MN /04/032 | 25708221 | $50.03 | 17-NOV-2003 | $955.19 |
| 0018 | PMNT | T | 24-NOV-2003 | GR/G | BTD Manufacturing | MN /04/039 | 25834049 | $50.03 | 24-NOV-2003 | $905.16 |
| 0019 | PMNT | T | 01-DEC-2003 | GR/G | BTD Manufacturing | MN /04/044 | 25950109 | $47.84 | 01-DEC-2003 | $857.32 |
| 0020 | PMNT | T | 08-DEC-2003 | GR/G | BTD Manufacturing | MN /04/049 | 26075188 | $50.03 | 08-DEC-2003 | $807.29 |
| 0021 | PMNT | T | 15-DEC-2003 | GR/G | BTD Manufacturing | MN /04/055 | 26186180 | $50.03 | 15-DEC-2003 | $757.26 |
| 0022 | PMNT | T | 22-DEC-2003 | GR/G | BTD Manufacturing | MN /04/060 | 26308943 | $51.40 | 22-DEC-2003 | $705.86 |
| 0023 | PMNT | T | 29-DEC-2003 | GR/G | BTD Manufacturing | MN /04/063 | 26429881 | $50.03 | 29-DEC-2003 | $655.83 |
| 0024 | PMNT | T | 05-JAN-2004 | GR/G | BTD MANUFACTURE | MN /04/067 | 26539912 | $48.54 | 05-JAN-2004 | $607.29 |
| 0025 | PMNT | T | 12-JAN-2004 | GR/G | BTD Manufacturing | MN /04/072 | 26656629 | $46.13 | 12-JAN-2004 | $561.16 |
| 0026 | PMNT | T | 20-JAN-2004 | GR/G | BTD Manufacturing | MN /04/077 | 26769611 | $50.24 | 20-JAN-2004 | $510.92 |
| 0027 | PMNT | T | 26-JAN-2004 | GR/G | BTD MANUFACTURING | MN /04/081 | 26889874 | $51.88 | 26-JAN-2004 | $459.04 |
| 0028 | PMNT | T | 02-FEB-2004 | GR/G | BTD Manufacturing | MN /04/086 | 27003461 | $50.24 | 02-FEB-2004 | $408.80 |
| 0029 | PMNT | T | 09-FEB-2004 | GR/G | BTD Manufacturing | MN /04/092 | 27126779 | $49.41 | 09-FEB-2004 | $359.39 |
| 0030 | PMNT | T | 17-FEB-2004 | GR/G | BTD MANUFACTURING | MN /04/097 | 27241011 | $43.67 | 17-FEB-2004 | $315.72 |
| 0031 | PMNT | T | 23-FEB-2004 | GR/G | ADP | MN /04/102 | 27365572 | $45.86 | 23-FEB-2004 | $269.86 |
| 0032 | PMNT | T | 01-MAR-2004 | GR/G | BTD Manufacturing | MN /04/107 | 27480112 | $52.97 | 01-MAR-2004 | $216.89 |
| 0033 | PMNT | T | 08-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/111 | 27610267 | $50.23 | 08-MAR-2004 | $166.66 |
| 0034 | PMNT | T | 15-MAR-2004 | GR/G | BTD Manufacturing | MN /04/116 | 27726534 | $50.51 | 15-MAR-2004 | $116.15 |
| 0035 | PMNT | T | 22-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/121 | 27849324 | $50.23 | 22-MAR-2004 | $65.92 |
| 0036 | PMNT | T | 29-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/126 | 27971009 | $51.06 | 29-MAR-2004 | $14.86 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-SEP-2004 FOR: 2000Z00549/002 PAGE: 2 OF 3

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | PMNT | T | 05-APR-2004 | GR/G | BTD | MN /04/131 | 28090638 | $14.86 | 05-APR-2004 | $0.00 |

Total Payments for Debtor: $1,536.35

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 13-SEP-2004

FOR: 2000Z00549/003

PAGE: 1 OF 2

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 25-AUG-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24290390 | $75.17 | 15-SEP-2003 | $14.83 |
| 0005 | PMNT | T | 02-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24401819 | $14.83 | 15-SEP-2003 | $0.00 |

Total Payments for Debtor: $90.00