# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WESTPHAL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 01-1570 ADM/RLE |

I hereby certify that on September 15, 2004, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT.

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

BTD Manufacturing, Inc.
Attn: Payroll Representative
1050 13th Avenue S.E.
Detroit Lakes, MN 56501

William Westphal
212 Curry Avenue
Detroit Lakes, MN 56501

s/ Jessica Scott
______________________
Jessica Scott