PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 14-SEP-2005 FOR: 2000Z00549/001 PAGE: 1 OF 4

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE
CURRENT LIABILITY BALANCE: $1,119.81

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | PMNT | WA | 13-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/244 | 30987507 | | $51.06 | 13-SEP-2004 |
| 0038 | PMNT | WA | 20-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/249 | 31111489 | | $50.24 | 20-SEP-2004 |
| 0039 | PMNT | WA | 27-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/254 | 31249859 | | $50.23 | 27-SEP-2004 |
| 0040 | PMNT | WA | 04-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/002 | 31373803 | | $48.73 | 04-OCT-2004 |
| 0041 | PMNT | WA | 12-OCT-2004 | GR/G | BTD Manufacturing | MN /05/007 | 31517142 | | $50.23 | 12-OCT-2004 |
| 0042 | PMNT | WA | 18-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/011 | 31644695 | | $56.80 | 18-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/016 | 31786185 | | $63.04 | 25-OCT-2004 |
| 0044 | PMNT | WA | 01-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/020 | 31912941 | | $50.24 | 01-NOV-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG
RUN DATE: 14-SEP-2005 FOR: 2000Z00549/001 PAGE: 2 OF 4

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $1,119.81

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | PMNT | WA | 08-NOV-2004 | GR/G | BTD MANUFACTURE | MN /05/024 | 32057420 | | $64.19 | 08-NOV-2004 |
| 0048 | PMNT | WA | 16-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/028 | 32211993 | | $50.78 | 16-NOV-2004 |
| 0049 | PMNT | WA | 22-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/032 | 32322716 | | $49.96 | 22-NOV-2004 |
| 0050 | PMNT | WA | 29-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/036 | 32458831 | | $57.62 | 29-NOV-2004 |
| 0051 | PMNT | WA | 06-DEC-2004 | GR/G | BTD MANUFACTURING | MN /05/041 | 32595173 | | $50.23 | 06-DEC-2004 |
| 0052 | PMNT | WA | 13-DEC-2004 | GR/G | BTD MANUFACTURING | MN /05/046 | 32730517 | | $59.08 | 13-DEC-2004 |
| 0053 | PMNT | WA | 20-DEC-2004 | GR/G | BTD Manufacturing | MN /05/050 | 32867219 | | $59.88 | 20-DEC-2004 |
| 0054 | PMNT | WA | 27-DEC-2004 | GR/G | BTD Mfg | MN /05/054 | 33013503 | | $65.85 | 27-DEC-2004 |
| 0056 | PMNT | WA | 03-JAN-2005 | GR/G | BTD Manufactuing | MN /05/057 | 33146543 | | $58.85 | 03-JAN-2005 |
| 0057 | PMNT | WA | 10-JAN-2005 | GR/G | BTD Manufacturing | MN /05/062 | 33272893 | | $51.98 | 10-JAN-2005 |
| 0058 | PMNT | WA | 18-JAN-2005 | GR/G | BTD Mfg Inc | MN /05/067 | 33400964 | | $55.44 | 18-JAN-2005 |
| 0059 | PMNT | WA | 24-JAN-2005 | GR/G | BTD Mfg | MN /05/071 | 33542436 | | $51.98 | 24-JAN-2005 |
| 0060 | PMNT | WA | 31-JAN-2005 | GR/G | BTD Manufacturing | MN /05/075 | 33676570 | | $67.21 | 31-JAN-2005 |
| 0061 | PMNT | WA | 07-FEB-2005 | GR/G | BTD Mfg Inc | MN /05/080 | 33817314 | | $52.26 | 07-FEB-2005 |
| 0062 | PMNT | WA | 14-FEB-2005 | GR/G | BTD Mfg | MN /05/085 | 33955942 | | $53.68 | 14-FEB-2005 |
| 0063 | PMNT | WA | 22-FEB-2005 | GR/G | BTD Mfg | MN /05/090 | 34091009 | | $65.61 | 22-FEB-2005 |
| 0064 | PMNT | WA | 28-FEB-2005 | GR/G | BTD Mfg Inc | MN /05/094 | 34234348 | | $65.25 | 28-FEB-2005 |
| 0065 | PMNT | WA | 07-MAR-2005 | GR/G | BTD Mfg | MN /05/099 | 34378369 | | $52.40 | 07-MAR-2005 |
| 0066 | PMNT | WA | 14-MAR-2005 | GR/G | BTD Mfg | MN /05/104 | 34518697 | | $52.28 | 14-MAR-2005 |
| 0067 | PMNT | WA | 21-MAR-2005 | GR/G | BTD Manufacturing | MN /05/109 | 34654912 | | $67.09 | 21-MAR-2005 |
| 0068 | PMNT | WA | 28-MAR-2005 | GR/G | BTD Mfg | MN /05/113 | 34798152 | | $55.06 | 28-MAR-2005 |
| 0069 | PMNT | WA | 04-APR-2005 | GR/G | BTD Manufact. | MN /05/119 | 34930688 | | $63.48 | 04-APR-2005 |
| 0070 | PMNT | WA | 11-APR-2005 | GR/G | BTD Manfac. | MN /05/123 | 35078718 | | $51.98 | 11-APR-2005 |
| 0071 | PMNT | WA | 18-APR-2005 | GR/G | BTD Manufac. | MN /05/127 | 35211482 | | $51.98 | 18-APR-2005 |
| 0072 | PMNT | WA | 25-APR-2005 | GR/G | BTD Manufacturing | MN /05/131 | 35356073 | | $57.55 | 25-APR-2005 |
| 0073 | PMNT | WA | 02-MAY-2005 | GR/G | BTD Manufacturing | MN /05/135 | 35487280 | | $49.48 | 02-MAY-2005 |
| 0074 | PMNT | WA | 09-MAY-2005 | GR/G | BTD Manufacturing | MN /05/140 | 35633618 | | $51.98 | 09-MAY-2005 |
| 0075 | PMNT | WA | 16-MAY-2005 | GR/G | BTD Manufacturing | MN /05/146 | 35764052 | | $53.87 | 16-MAY-2005 |
| 0076 | PMNT | WA | 23-MAY-2005 | GR/G | BTD Manufacturing | MN /05/151 | 35913525 | | $52.95 | 23-MAY-2005 |
| 0077 | PMNT | WA | 31-MAY-2005 | GR/G | BTD Manufacturing | MN /05/155 | 36046329 | | $52.78 | 31-MAY-2005 |
| 0078 | PMNT | WA | 06-JUN-2005 | GR/G | BTD Manufacturing | MN /05/160 | 36190928 | | $54.99 | 06-JUN-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 14-SEP-2005 FOR: 2000Z00549/001 PAGE: 3 OF 4

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $1,119.81

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0079 | PMNT | WA | 13-JUN-2005 | GR/G | BTD Manuafacturing | MN /05/166 | 36330872 | | $51.92 | 13-JUN-2005 |
| 0080 | PMNT | WA | 20-JUN-2005 | GR/G | BTD Manufac | MN /05/170 | 36472013 | | $101.97 | 20-JUN-2005 |
| 0081 | PMNT | WA | 27-JUN-2005 | GR/G | BTD Manufacturing | MN /05/174 | 36614731 | | $40.67 | 27-JUN-2005 |
| 0082 | PMNT | WA | 05-JUL-2005 | GR/G | BTD Manufacturing | MN /05/180 | 36756062 | | $49.61 | 05-JUL-2005 |
| 0083 | PMNT | WA | 11-JUL-2005 | GR/G | BTD MANUFACTURING | MN /05/184 | 36906196 | | $48.68 | 11-JUL-2005 |
| 0088 | PMNT | WA | 18-JUL-2005 | GR/G | BTD Manufacturing | MN /05/188 | 37044010 | | $40.88 | 18-JUL-2005 |
| 0089 | PMNT | WA | 25-JUL-2005 | GR/G | BTD Manufacturing | MN /05/194 | 37190135 | | $52.98 | 25-JUL-2005 |
| 0090 | PMNT | WA | 01-AUG-2005 | GR/G | BTD MANUFACTURING | MN /05/199 | 37327455 | | $65.10 | 01-AUG-2005 |
| 0091 | PMNT | WA | 08-AUG-2005 | GR/G | BTD MANUFACTURING | MN /05/205 | 37475956 | | $53.61 | 08-AUG-2005 |
| 0092 | PMNT | WA | 15-AUG-2005 | GR/G | BTD Manufacturing | MN /05/210 | 37613810 | | $58.36 | 15-AUG-2005 |

Total Payments for Debtor: $3,957.21