PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/001 PAGE: 1 OF 5

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | WA | 05-APR-2004 | GR/G | BTD | MN /04/131 | 28090638 | | $37.29 | 05-APR-2004 |
| 0012 | PMNT | WA | 12-APR-2004 | GR/G | BTD MANUFACTURING | MN /04/136 | 28220762 | | $50.23 | 12-APR-2004 |
| 0013 | PMNT | WA | 19-APR-2004 | GR/G | BTD | MN /04/141 | 28337881 | | $50.24 | 19-APR-2004 |
| 0014 | PMNT | WA | 26-APR-2004 | GR/G | BTD | MN /04/146 | 28468402 | | $50.23 | 26-APR-2004 |
| 0015 | PMNT | WA | 03-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/151 | 28586097 | | $58.90 | 03-MAY-2004 |
| 0016 | PMNT | WA | 10-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/156 | 28718034 | | $58.43 | 10-MAY-2004 |
| 0017 | PMNT | WA | 17-MAY-2004 | GR/G | BTD Manufacturing | MN /04/161 | 28839252 | | $68.41 | 17-MAY-2004 |
| 0018 | PMNT | WA | 24-MAY-2004 | GR/G | BTD MANUFACTURING | MN /04/166 | 28973105 | | $62.65 | 24-MAY-2004 |
| 0019 | PMNT | WA | 01-JUN-2004 | GR/G | BTD Manufacturing | MN /04/170 | 29090917 | | $50.24 | 01-JUN-2004 |
| 0020 | PMNT | WA | 07-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/174 | 29226085 | | $50.23 | 07-JUN-2004 |
| 0021 | PMNT | WA | 14-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/178 | 29342654 | | $50.78 | 14-JUN-2004 |
| 0022 | PMNT | WA | 21-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/183 | 29469539 | | $50.65 | 21-JUN-2004 |
| 0023 | PMNT | WA | 28-JUN-2004 | GR/G | BTD MANUFACTURING | MN /04/188 | 29593629 | | $50.24 | 28-JUN-2004 |
| 0024 | PMNT | WA | 06-JUL-2004 | GR/G | BTD Manufacturing | MN /04/193 | 29720861 | | $51.88 | 06-JUL-2004 |
| 0025 | PMNT | WA | 12-JUL-2004 | GR/G | BTD Manufacturing | MN /04/198 | 29848802 | | $50.24 | 12-JUL-2004 |
| 0026 | PMNT | WA | 19-JUL-2004 | GR/G | BTD Manufacturing | MN /04/205 | 29972301 | | $50.23 | 19-JUL-2004 |
| 0027 | PMNT | WA | 26-JUL-2004 | GR/G | BTD Manufacturing | MN /04/210 | 30098093 | | $63.04 | 26-JUL-2004 |
| 0028 | PMNT | WA | 02-AUG-2004 | GR/G | BTD Manufacturing | MN /04/215 | 30219932 | | $60.05 | 02-AUG-2004 |
| 0029 | PMNT | WA | 09-AUG-2004 | GR/G | BTD Manufacturing | MN /04/220 | 30348139 | | $50.23 | 09-AUG-2004 |
| 0030 | PMNT | WA | 16-AUG-2004 | GR/G | BTD Manufacturing | MN /04/225 | 30473220 | | $44.76 | 16-AUG-2004 |
| 0034 | PMNT | WA | 23-AUG-2004 | GR/G | Westphal | MN /04/230 | 30604905 | | $65.72 | 23-AUG-2004 |
| 0035 | PMNT | WA | 30-AUG-2004 | GR/G | BTD MANUFACTURING | MN /04/235 | 30728733 | | $50.24 | 30-AUG-2004 |
| 0036 | PMNT | WA | 07-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/240 | 30856669 | | $50.23 | 07-SEP-2004 |
| 0037 | PMNT | WA | 13-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/244 | 30987507 | | $51.06 | 13-SEP-2004 |
| 0038 | PMNT | WA | 20-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/249 | 31111489 | | $50.24 | 20-SEP-2004 |
| 0039 | PMNT | WA | 27-SEP-2004 | GR/G | BTD MANUFACTURING | MN /04/254 | 31249859 | | $50.23 | 27-SEP-2004 |
| 0040 | PMNT | WA | 04-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/002 | 31373803 | | $48.73 | 04-OCT-2004 |
| 0041 | PMNT | WA | 12-OCT-2004 | GR/G | BTD Manufacturing | MN /05/007 | 31517142 | | $50.23 | 12-OCT-2004 |
| 0042 | PMNT | WA | 18-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/011 | 31644695 | | $56.80 | 18-OCT-2004 |
| 0043 | PMNT | WA | 25-OCT-2004 | GR/G | BTD MANUFACTURING | MN /05/016 | 31786185 | | $63.04 | 25-OCT-2004 |
| 0044 | PMNT | WA | 01-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/020 | 31912941 | | $50.24 | 01-NOV-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/001 PAGE: 2 OF 5

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | PMNT | WA | 08-NOV-2004 | GR/G | BTD MANUFACTURE | MN /05/024 | 32057420 | | $64.19 | 08-NOV-2004 |
| 0048 | PMNT | WA | 16-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/028 | 32211993 | | $50.78 | 16-NOV-2004 |
| 0049 | PMNT | WA | 22-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/032 | 32322716 | | $49.96 | 22-NOV-2004 |
| 0050 | PMNT | WA | 29-NOV-2004 | GR/G | BTD MANUFACTURING | MN /05/036 | 32458831 | | $57.62 | 29-NOV-2004 |
| 0051 | PMNT | WA | 06-DEC-2004 | GR/G | BTD MANUFACTURING | MN /05/041 | 32595173 | | $50.23 | 06-DEC-2004 |
| 0052 | PMNT | WA | 13-DEC-2004 | GR/G | BTD MANUFACTURING | MN /05/046 | 32730517 | | $59.08 | 13-DEC-2004 |
| 0053 | PMNT | WA | 20-DEC-2004 | GR/G | BTD Manufacturing | MN /05/050 | 32867219 | | $59.88 | 20-DEC-2004 |
| 0054 | PMNT | WA | 27-DEC-2004 | GR/G | BTD Mfg | MN /05/054 | 33013503 | | $65.85 | 27-DEC-2004 |
| 0056 | PMNT | WA | 03-JAN-2005 | GR/G | BTD Manufactuing | MN /05/057 | 33146543 | | $58.85 | 03-JAN-2005 |
| 0057 | PMNT | WA | 10-JAN-2005 | GR/G | BTD Manufacturing | MN /05/062 | 33272893 | | $51.98 | 10-JAN-2005 |
| 0058 | PMNT | WA | 18-JAN-2005 | GR/G | BTD Mfg Inc | MN /05/067 | 33400964 | | $55.44 | 18-JAN-2005 |
| 0059 | PMNT | WA | 24-JAN-2005 | GR/G | BTD Mfg | MN /05/071 | 33542436 | | $51.98 | 24-JAN-2005 |
| 0060 | PMNT | WA | 31-JAN-2005 | GR/G | BTD Manufacturing | MN /05/075 | 33676570 | | $67.21 | 31-JAN-2005 |
| 0061 | PMNT | WA | 07-FEB-2005 | GR/G | BTD Mfg Inc | MN /05/080 | 33817314 | | $52.26 | 07-FEB-2005 |
| 0062 | PMNT | WA | 14-FEB-2005 | GR/G | BTD Mfg | MN /05/085 | 33955942 | | $53.68 | 14-FEB-2005 |
| 0063 | PMNT | WA | 22-FEB-2005 | GR/G | BTD Mfg | MN /05/090 | 34091009 | | $65.61 | 22-FEB-2005 |
| 0064 | PMNT | WA | 28-FEB-2005 | GR/G | BTD Mfg Inc | MN /05/094 | 34234348 | | $65.25 | 28-FEB-2005 |
| 0065 | PMNT | WA | 07-MAR-2005 | GR/G | BTD Mfg | MN /05/099 | 34378369 | | $52.40 | 07-MAR-2005 |
| 0066 | PMNT | WA | 14-MAR-2005 | GR/G | BTD Mfg | MN /05/104 | 34518697 | | $52.28 | 14-MAR-2005 |
| 0067 | PMNT | WA | 21-MAR-2005 | GR/G | BTD Manufacturing | MN /05/109 | 34654912 | | $67.09 | 21-MAR-2005 |
| 0068 | PMNT | WA | 28-MAR-2005 | GR/G | BTD Mfg | MN /05/113 | 34798152 | | $55.06 | 28-MAR-2005 |
| 0069 | PMNT | WA | 04-APR-2005 | GR/G | BTD Manufact. | MN /05/119 | 34930688 | | $63.48 | 04-APR-2005 |
| 0070 | PMNT | WA | 11-APR-2005 | GR/G | BTD Manfac. | MN /05/123 | 35078718 | | $51.98 | 11-APR-2005 |
| 0071 | PMNT | WA | 18-APR-2005 | GR/G | BTD Manufac. | MN /05/127 | 35211482 | | $51.98 | 18-APR-2005 |
| 0072 | PMNT | WA | 25-APR-2005 | GR/G | BTD Manufacturing | MN /05/131 | 35356073 | | $57.55 | 25-APR-2005 |
| 0073 | PMNT | WA | 02-MAY-2005 | GR/G | BTD Manufacturing | MN /05/135 | 35487280 | | $49.48 | 02-MAY-2005 |
| 0074 | PMNT | WA | 09-MAY-2005 | GR/G | BTD Manufacturing | MN /05/140 | 35633618 | | $51.98 | 09-MAY-2005 |
| 0075 | PMNT | WA | 16-MAY-2005 | GR/G | BTD Manufacturing | MN /05/146 | 35764052 | | $53.87 | 16-MAY-2005 |
| 0076 | PMNT | WA | 23-MAY-2005 | GR/G | BTD Manufacturing | MN /05/151 | 35913525 | | $52.95 | 23-MAY-2005 |
| 0077 | PMNT | WA | 31-MAY-2005 | GR/G | BTD Manufacturing | MN /05/155 | 36046329 | | $52.78 | 31-MAY-2005 |
| 0078 | PMNT | WA | 06-JUN-2005 | GR/G | BTD Manufacturing | MN /05/160 | 36190928 | | $54.99 | 06-JUN-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/001 PAGE: 3 OF 5

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0079 | PMNT | WA | 13-JUN-2005 | GR/G | BTD Manuafacturing | MN /05/166 | 36330872 | | $51.92 | 13-JUN-2005 |
| 0080 | PMNT | WA | 20-JUN-2005 | GR/G | BTD Manufac | MN /05/170 | 36472013 | | $101.97 | 20-JUN-2005 |
| 0081 | PMNT | WA | 27-JUN-2005 | GR/G | BTD Manufacturing | MN /05/174 | 36614731 | | $40.67 | 27-JUN-2005 |
| 0082 | PMNT | WA | 05-JUL-2005 | GR/G | BTD Manufacturing | MN /05/180 | 36756062 | | $49.61 | 05-JUL-2005 |
| 0083 | PMNT | WA | 11-JUL-2005 | GR/G | BTD MANUFACTURING | MN /05/184 | 36906196 | | $48.68 | 11-JUL-2005 |
| 0088 | PMNT | WA | 18-JUL-2005 | GR/G | BTD Manufacturing | MN /05/188 | 37044010 | | $40.88 | 18-JUL-2005 |
| 0089 | PMNT | WA | 25-JUL-2005 | GR/G | BTD Manufacturing | MN /05/194 | 37190135 | | $52.98 | 25-JUL-2005 |
| 0090 | PMNT | WA | 01-AUG-2005 | GR/G | BTD MANUFACTURING | MN /05/199 | 37327455 | | $65.10 | 01-AUG-2005 |
| 0091 | PMNT | WA | 08-AUG-2005 | GR/G | BTD MANUFACTURING | MN /05/205 | 37475956 | | $53.61 | 08-AUG-2005 |
| 0092 | PMNT | WA | 15-AUG-2005 | GR/G | BTD Manufacturing | MN /05/210 | 37613810 | | $58.36 | 15-AUG-2005 |
| 0093 | PMNT | WA | 24-OCT-2005 | GR/G | BTD Manufacturing | MN /06/015 | 39079995 | | $52.28 | 24-OCT-2005 |
| 0094 | PMNT | WA | 31-OCT-2005 | GR/G | BTD | MN /06/021 | 39219571 | | $52.52 | 31-OCT-2005 |
| 0095 | PMNT | WA | 10-NOV-2005 | GR/G | BTD Manufacturing | MN /06/026 | 39373415 | | $52.28 | 10-NOV-2005 |
| 0096 | PMNT | WA | 14-NOV-2005 | GR/G | BTD Manufacturing | MN /06/027 | 39554805 | | $54.23 | 14-NOV-2005 |
| 0097 | PMNT | WA | 21-NOV-2005 | GR/G | BTD Manufacturing | MN /06/032 | 39666259 | | $52.78 | 21-NOV-2005 |
| 0098 | PMNT | WA | 28-NOV-2005 | GR/G | BTD | MN /06/037 | 39816428 | | $51.98 | 28-NOV-2005 |
| 0099 | PMNT | WA | 05-DEC-2005 | GR/G | BTD Manufacturing | MN /06/043 | 39963895 | | $53.44 | 05-DEC-2005 |
| 0100 | PMNT | WA | 12-DEC-2005 | GR/G | BTD Manufacturing | MN /06/047 | 40113017 | | $51.84 | 12-DEC-2005 |
| 0101 | PMNT | WA | 20-DEC-2005 | GR/G | BTD Manufacturing | MN /06/053 | 40260647 | | $58.72 | 20-DEC-2005 |
| 0102 | PMNT | WA | 27-DEC-2005 | GR/G | BTD Manufacturing | MN /06/058 | 40415203 | | $53.27 | 27-DEC-2005 |
| 0104 | PMNT | WA | 03-JAN-2006 | GR/G | BTD MANUFACTURING | MN /06/062 | 40564006 | | $50.38 | 03-JAN-2006 |
| 0105 | PMNT | WA | 09-JAN-2006 | GR/G | BTD MANUFACTURING | MN /06/068 | 40712555 | | $52.11 | 09-JAN-2006 |
| 0106 | PMNT | WA | 17-JAN-2006 | GR/G | BTD MANUFACTURING | MN /06/073 | 40853655 | | $52.92 | 17-JAN-2006 |
| 0107 | PMNT | WA | 23-JAN-2006 | GR/G | BTD MANUFACTURING | MN /06/077 | 41052212 | | $52.73 | 23-JAN-2006 |
| 0108 | PMNT | WA | 30-JAN-2006 | GR/G | BTD MANUFACTURING | MN /06/081 | 41197644 | | $53.07 | 30-JAN-2006 |
| 0109 | PMNT | WA | 06-FEB-2006 | GR/G | BTD MANUFACTURING | MN /06/086 | 41349948 | | $52.93 | 06-FEB-2006 |
| 0110 | PMNT | WA | 13-FEB-2006 | GR/G | BTD Manufacturing | MN /06/092 | 41505437 | | $53.93 | 13-FEB-2006 |
| 0111 | PMNT | WA | 21-FEB-2006 | GR/G | BTD MANUFACTURING | MN /06/097 | 41650320 | | $53.55 | 21-FEB-2006 |
| 0112 | PMNT | WA | 27-FEB-2006 | GR/G | BTD MANUFACTURING | MN /06/102 | 41802418 | | $52.89 | 27-FEB-2006 |
| 0113 | PMNT | WA | 06-MAR-2006 | GR/G | BTD MANUFACTURING | MN /06/107 | 41953738 | | $57.68 | 06-MAR-2006 |
| 0114 | PMNT | WA | 13-MAR-2006 | GR/G | BTD MANUFACTURING | MN /06/112 | 42107011 | | $57.31 | 13-MAR-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/001 PAGE: 4 OF 5

DEBTOR: Westphal, William

COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Payments for Debtor: | | $5,080.05 | |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/002 PAGE: 1 OF 3

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 02-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24401819 | | $33.01 | 15-SEP-2003 |
| 0005 | PMNT | T | 08-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24524420 | | $50.03 | 15-SEP-2003 |
| 0006 | PMNT | T | 15-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24635569 | | $50.30 | 15-SEP-2003 |
| 0007 | PMNT | T | 22-SEP-2003 | GR/G | BTD Manufacturing | MN /3/241 | 24755950 | | $50.03 | 22-SEP-2003 |
| 0008 | PMNT | T | 29-SEP-2003 | GR/G | BTD Manufacturing | MN /3/246 | 24872817 | | $48.39 | 29-SEP-2003 |
| 0009 | PMNT | T | 06-OCT-2003 | GR/G | btd manufacturing | MN /04/004 | 24994032 | | $50.03 | 06-OCT-2003 |
| 0010 | PMNT | T | 14-OCT-2003 | GR/G | BTD Manufacturing | MN /04/009 | 25115994 | | $50.03 | 14-OCT-2003 |
| 0011 | PMNT | T | 20-OCT-2003 | GR/G | BTD Manufacturing | MN /04/013 | 25235049 | | $50.03 | 20-OCT-2003 |
| 0012 | PMNT | T | 27-OCT-2003 | GR/G | BTD Manufacturing | MN /04/018 | 25358609 | | $50.30 | 27-OCT-2003 |
| 0015 | PMNT | T | 03-NOV-2003 | GR/G | BTD Manufacturing | MN /04/023 | 25471891 | | $48.95 | 03-NOV-2003 |
| 0016 | PMNT | T | 10-NOV-2003 | GR/G | BTD MANUFACTURING | MN /04/028 | 25594911 | | $50.03 | 10-NOV-2003 |
| 0017 | PMNT | T | 17-NOV-2003 | GR/G | BTD Manufacturing | MN /04/032 | 25708221 | | $50.03 | 17-NOV-2003 |
| 0018 | PMNT | T | 24-NOV-2003 | GR/G | BTD Manufacturing | MN /04/039 | 25834049 | | $50.03 | 24-NOV-2003 |
| 0019 | PMNT | T | 01-DEC-2003 | GR/G | BTD Manufacturing | MN /04/044 | 25950109 | | $47.84 | 01-DEC-2003 |
| 0020 | PMNT | T | 08-DEC-2003 | GR/G | BTD Manufacturing | MN /04/049 | 26075188 | | $50.03 | 08-DEC-2003 |
| 0021 | PMNT | T | 15-DEC-2003 | GR/G | BTD Manufacturing | MN /04/055 | 26186180 | | $50.03 | 15-DEC-2003 |
| 0022 | PMNT | T | 22-DEC-2003 | GR/G | BTD Manufacturing | MN /04/060 | 26308943 | | $51.40 | 22-DEC-2003 |
| 0023 | PMNT | T | 29-DEC-2003 | GR/G | BTD Manufacturing | MN /04/063 | 26429881 | | $50.03 | 29-DEC-2003 |
| 0024 | PMNT | T | 05-JAN-2004 | GR/G | BTD MANUFACTURE | MN /04/067 | 26539912 | | $48.54 | 05-JAN-2004 |
| 0025 | PMNT | T | 12-JAN-2004 | GR/G | BTD Manufacturing | MN /04/072 | 26656629 | | $46.13 | 12-JAN-2004 |
| 0026 | PMNT | T | 20-JAN-2004 | GR/G | BTD Manufacturing | MN /04/077 | 26769611 | | $50.24 | 20-JAN-2004 |
| 0027 | PMNT | T | 26-JAN-2004 | GR/G | BTD MANUFACTURING | MN /04/081 | 26889874 | | $51.88 | 26-JAN-2004 |
| 0028 | PMNT | T | 02-FEB-2004 | GR/G | BTD Manufacturing | MN /04/086 | 27003461 | | $50.24 | 02-FEB-2004 |
| 0029 | PMNT | T | 09-FEB-2004 | GR/G | BTD Manufacturing | MN /04/092 | 27126779 | | $49.41 | 09-FEB-2004 |
| 0030 | PMNT | T | 17-FEB-2004 | GR/G | BTD MANUFACTURING | MN /04/097 | 27241011 | | $43.67 | 17-FEB-2004 |
| 0031 | PMNT | T | 23-FEB-2004 | GR/G | ADP | MN /04/102 | 27365572 | | $45.86 | 23-FEB-2004 |
| 0032 | PMNT | T | 01-MAR-2004 | GR/G | BTD Manufacturing | MN /04/107 | 27480112 | | $52.97 | 01-MAR-2004 |
| 0033 | PMNT | T | 08-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/111 | 27610267 | | $50.23 | 08-MAR-2004 |
| 0034 | PMNT | T | 15-MAR-2004 | GR/G | BTD Manufacturing | MN /04/116 | 27726534 | | $50.51 | 15-MAR-2004 |
| 0035 | PMNT | T | 22-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/121 | 27849324 | | $50.23 | 22-MAR-2004 |
| 0036 | PMNT | T | 29-MAR-2004 | GR/G | BTD MANUFACTURING | MN /04/126 | 27971009 | | $51.06 | 29-MAR-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/002 PAGE: 2 OF 3

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0037 | PMNT | T | 05-APR-2004 | GR/G | BTD | MN /04/131 | 28090638 | | $14.86 | 05-APR-2004 |

Total Payments for Debtor: $1,536.35

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAR-2006 FOR: 2000Z00549/003 PAGE: 1 OF 2

DEBTOR: Westphal, William
COURT NUMBER: 01-1570 ADM/RLE
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 25-AUG-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24290390 | | $75.17 | 15-SEP-2003 |
| 0005 | PMNT | T | 02-SEP-2003 | GR/G | BTD Manufacturing | MN /3/236 | 24401819 | | $14.83 | 15-SEP-2003 |

Total Payments for Debtor: $90.00