CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Civil No. 01-1570 ADM/RLE |
| WILLIAM WESTPHAL, Defendant. | ) | |

I hereby certify that on _March 15, 2006___, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

BTD Manufacturing, Inc.
Attn: Payroll
1111 13th Avenue S.E.
Detroit Lakes, MN 56501

William A. Westphal
XXXX
Detroit Lakes, MN 56501

_s/ Jessica Scott____________